## THE STATE VS. JOHN I. DEWS.

### *Chatham Superior Court, Jan.* 2, 1835.

On motion of the *Recorder* and Mr. *M'Allister*, on behalf of the Mayor and Aldermen of the City of Savannah and the hamlets thereof, for a mandamus to issue to *John I. Dews*, Sheriff of Chatham county, commanding him to deliver to the said Mayor and Aldermen, the possession of the Jail of said county, and the custody of the prisoners therein confined, and on reading the affidavits and papers, stating the facts on which said motion is grounded; and on hearing Messrs. *Berrien* and *Cuyler*, and Mr. *Law*, on behalf of the said *John I. Dews*, opposing the said motion—It is ordered, that a peremptory mandamus do issue, to be directed to the said *John I. Dews*, Sheriff as aforesaid, commanding him to deliver the possession of the said Jail, and the custody of the prisoners therein confined, to the said Mayor and Aldermen of the City of Savannah, and the hamlets thereof, or to *Young S. Pickard*, the Jailor appointed by the said Mayor and Aldermen.

WM. H. BULLOCH, Recorder, and M. H. M'ALLISTER, for the relators—BERRIEN & CUYLER, and LAW, for defendant.